UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| PHILLIP TANNER, | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:20-cv-157 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| DEAN A. PARKER, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court found that Plaintiff failed to exhaust his administrative remedies and dismissed his claims against Defendant without prejudice. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 7, 2021                                                         /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    United States District Judge